Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MARK LEEVAN

Plaintiff(s),

v.

CREDIT SUISSE INTERNATIONAL

Defendant(s).

Case No: 4:13-cv-02783

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Gary V. Mauney, an active member in good standing of the bar of North Carolina, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Movant ECD Investor Group in the above-entitled action. My local co-counsel in this case is Hal D. Cunningham, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 6060 Piedmont Row Drive South, Suite 140 Charlotte, NC 28287 | 707 Broadway, Suite 1000 San Diego, CA 92101 |
| MY TELEPHONE # OF RECORD: (704) 347-8990 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (619) 233-4565 |
| MY EMAIL ADDRESS OF RECORD: gvm@lewis-roberts.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: hcunningham@scott-scott.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 22190.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/07/13

Gary V. Mauney
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gary V. Mauney is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/10/2013

*Sandra B Armstrong*
UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER                                            October 2012

# The North Carolina State Bar

I, L. Thomas Lunsford, II, Secretary of the North Carolina State Bar, do hereby certify that __Mr. Gary V. Mauney   (22190)__ was licensed to practice law by the State of North Carolina on <u>August 18, 1995</u>. Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North Carolina. Said lawyer is not subject to a pending order of administrative or disciplinary suspension. Said lawyer's financial account with the State Bar is current. Therefore, said lawyer is in good standing with the North Carolina State Bar.

This certificate is issued without regard to prior discipline, or any unresolved disciplinary charges or grievances.

Given over my hand and the Seal of the North Carolina State Bar, this ___4th___ day of ___October___, ___2013___.

_L. Thomas Lunsford_
Secretary of the North Carolina State Bar