UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MARK LEEVAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE INTERNATIONAL, a foreign company; CREDIT SUISSE SECURITIES (USA) LLC, a Delaware limited liability company; and DOES 1-100,<br><br>Defendants. | Case No. 4:13-cv-02783-SBA<br><br>**STIPULATION AND ORDER SETTING SCHEDULE FOR FILING OF AMENDED COMPLAINT AND RESPONSES THERETO**<br><br>Hon. Saundra Brown Armstrong |

1  WHEREAS, on September 3, 2013, this Court entered a scheduling Order whereby, the
2 parties were to conduct a meet and confer "to determine a schedule for the filing of an amended
3 complaint, and Defendants' response thereto" and provide a stipulated schedule to the Court after
4 a Lead Plaintiff had been appointed;

5  WHEREAS, on December 5, 2013, this Court entered an order appointing Willard A.
6 Sharrette, David Goldman, and Esta Goldman as Lead Plaintiffs;

7  WHEREAS, under the Private Securities Litigation Reform Act (PSLRA), 15 U.S.C.
8 §77z-1(b)(1), all discovery and other proceedings are stayed during the pendency of any motion
9 to dismiss absent a finding that particularized discovery is necessary to preserve evidence or to
10 prevent undue prejudice;

11  WHEREAS, the Court has scheduled a case management conference for January 16,
12 2014 at 3:00 p.m.;

13  WHEREAS, counsel for Lead Plaintiffs and counsel for Defendants Credit Suisse
14 International and Credit Suisse Securities (USA) LLC conducted a meet and confer and agreed
15 on the reasonable schedule set forth below;

16  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by all parties through
17 their respective counsel of record, that:

18  1. Lead Plaintiffs shall file their amended complaint by February 3, 2014;

19  2. Defendants shall answer or otherwise respond to the amended complaint by April
20 4, 2014;

21  3. Lead Plaintiffs shall file an opposition to any motion to dismiss by June 3, 2014;

22  4. Defendants shall file any reply in further support of any motion to dismiss by July
23 3, 2014; and

24  5. The case management conference presently scheduled for January 16, 2014 shall
25 be continued to July 24, 2014 at 3:00 p.m., or another date that is convenient for the Court, with
26 the other dates set by the Initial Order Setting Case Management Conference and September 3,
27 2013 Order continued accordingly.

28 STIPULATION AND ORDER SETTING SCHEDULE FOR FILING OF AMENDED
COMPLAINT AND RESPONSES THERETO

1

1

2       PURSUANT TO THIS STIPULATION IT IS SO ORDERED.  **The Telephonic Case Management Conference will be held on July 24, 2014, at 3:00 p.m.**  The parties shall <u>meet and confer</u> prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven  (7) days prior to the Case Management Conference  that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

3   DATED:_____12/24/2013_____      _____*Saundra B Armstrong*_____

4                                                     HON. SAUNDRA BROWN ARMSTRONG

5                                                     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 STIPULATION AND ORDER SETTING SCHEDULE FOR FILING OF AMENDED
COMPLAINT AND RESPONSES THERETO

2

4:13-cv-02783-SBA

STIPULATED AND AGREED TO:

DATED: December 23, 2013            SCOTT+SCOTT, Attorneys at Law, LLP

By: /s/ Hal D. Cunningham
Hal D. Cunningham (243048)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
Email: hcunningham@scott-scott.com

Deborah-Clark Weintraub
Thomas L. Laughlin IV
SCOTT+SCOTT, Attorneys at Law, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY  10174
Tel:  (212) 223-6444
Fax:   (212) 223-6334
Email: dweintraub@scott-scott.com
           tlaughlin@scott-scott.com

LEWIS & ROBERTS, PLLC
Gary V. Mauney
James A. Robert III
One Southpark Center
6060 Piedmont Row Drive South, Suite 140
Charlotte, NC 28287
Tel: (704) 347-8990
Fax: (704) 347-8929
garymauney@lewis-roberts.com
JimRoberts@lewis-roberts.com

*Counsel for Lead Plaintiffs*

STIPULATION AND ORDER SETTING SCHEDULE FOR FILING OF AMENDED  3
COMPLAINT AND RESPONSES THERETO

4:13-cv-02783-SBA

| | | |
|---|---|---|
| 1 | DATE: December 23, 2013 | LATHAM & WATKINS LLP |
| 2 | | By: /s/ Allison S. Davison |
| | | Patrick E. Gibbs (183174) |
| 3 | | Allison S. Davidson (267964) |
| 4 | | 140 Scott Drive |
| | | Menlo Park, California 94025 |
| 5 | | Tel: (650) 470-4600 |
| | | Fax: (415) 534-3200 |
| 6 | | patrick.gibbs@lw.com |
| | | allison.davidson@lw.com |

*Counsel for Credit Suisse International and Credit Suisse Securities (USA) LLC*

STIPULATION AND ORDER SETTING SCHEDULE FOR FILING OF AMENDED COMPLAINT AND RESPONSES THERETO

4

4:13-cv-02783-SBA

# CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of December, 2013 at San Diego, California.

<div style="margin-left:40%">

/s/ Hal D. Cunningham
Hal D. Cunningham
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
Email: hcunningham@scott-scott.com

</div>

| | |
|---|---|
| DATE: December 23, 2013 | LATHAM & WATKINS LLP<br>By: _/s/ AtJ ?f!y_<br>Patrick E. Gibbs (183174)<br>Allison S. Davidson (267964)<br>140 Scott Drive<br>Menlo Park, California 94025<br>Tel: (650) 470-4600<br>Fax: (415) 534-3200<br>patrick.gibbs@lw.com<br>allison.davidson@lw.com<br><br>*Counsel for Credit Suisse Inlernalionol ond Credil Suisse Securities (USA) LLC* |

STIPULATION AND ORDER SETTING SCHEDULE FOR FILING OF AMENDED COMPLAINT AND RESPONSES THERETO         4

4:13-cv-02783-SBA