LATHAM & WATKINS LLP
  Patrick E. Gibbs (Bar No. 183174)
  *patrick.gibbs@lw.com*
  Allison S. Davidson (Bar No. 267964)
  *allison.davidson@lw.com*
140 Scott Drive
Menlo Park, California 94025
Telephone: 650.328.4600
Facsimile: 650.463.2600

Attorneys for Defendants
Credit Suisse International and
Credit Suisse Securities (USA) LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILLARD A. SHARRETTE, DAVID GOLDMAN, and ESTA GOLDMAN, Individually and on Behalf of All Others Similarly Situation,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE INTERNATIONAL, a foreign company, CREDIT SUISSE SECURITIES (USA) LLC, a Delaware limited liability company, and DOES 1-100,<br><br>Defendants. | CASE NO. 4:13-cv-02783-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR HEARING ON DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT**<br><br>Date: September 9, 2014<br>Time: 1:00 p.m.<br>Judge: Hon. Saundra Brown Armstrong<br>Courtroom: 1, 4th Floor |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER TO CONTINUING
DATE FOR HEARING ON MOTION TO DISMISS
No. 4:13-cv-02783-SBA

WHEREAS, on February 3, 2014, Lead Plaintiffs filed a Consolidated Amended Complaint (ECF No. 48);

WHEREAS, pursuant to the Court's Orders on December 24, 2013 (ECF No. 46) and May 29, 2014 (ECF No. 57), Defendants Credit Suisse International and Credit Suisse Securities (USA) LLC ("Defendants") filed a Motion to Dismiss the Consolidated Amended Complaint ("Motion to Dismiss") on April 4, 2014; Lead Plaintiffs filed their reply in opposition to Defendants' Motion to Dismiss on June 10, 2014; and Defendants are required to file any reply in further support of their Motion to Dismiss by July 10, 2014;

WHEREAS, Defendants noticed the hearing on their Motion to Dismiss for July 15, 2014;

WHEREAS, due to a calendar conflict that has arisen for counsel for Defendants with regards to the July 15, 2014 hearing date, Defendants requested that Lead Plaintiffs stipulate to a continuance of the hearing date for the Motion to Dismiss, and Lead Plaintiffs agreed;

WHEREAS, counsel for all parties are available for a hearing on September 9, 2014.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by all parties through their respective counsel of record, that:

1. The hearing on Defendants' Motion to Dismiss Consolidated Amended Complaint currently scheduled for July 15, 2014 shall be heard instead on September 9, 2014, at 1:00 p.m. in Courtroom 1, 4th Floor, 1301 Clay Street, Oakland, California 94612.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 16, 2014    LATHAM & WATKINS LLP


By: /s/ *Patrick E. Gibbs*
Patrick E. Gibbs
Attorneys for Defendants
CREDIT SUISSE INTERNATIONAL AND CREDIT SUISSE SECURITIES (USA) LLC

Dated: June 16, 2014    By: /s/ *Thomas L. Laughlin IV*
Deborah-Clark Weintraub
Thomas L. Laughlin IV
SCOTT+SCOTT, Attorneys at Law, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Tel: (212) 223-6444
Fax: (212) 223-6334
Email: dweintraub@scott-scott.com
tlaughlin@scott-scott.com

LEWIS & ROBERTS, PLLC
Gary V. Mauney
James A. Robert III
One Southpark Center
6060 Piedmont Row Drive South, Suite 140
Charlotte, NC 28287
Tel: (704) 347-8990
Fax: (704) 347-8929
garymauney@lewis-roberts.com
JimRoberts@lewis-roberts.com

*Counsel for Lead Plaintiffs*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/17/2014

*Saundra B. Armstrong*
THE HONORABLE
SAUNDRA B. ARMSTRONG
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUING
DATE FOR HEARING ON MOTION TO DISMISS
No. 4:13-cv-02783-SBA

## ATTESTATION CLAUSE

I, Patrick Gibbs, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order to Continuing Date for Hearing Defendants' Motion to Dismiss Consolidated Complaint pursuant to Civil Local Rule 5-1. I hereby attest that Thomas L. Laughlin has concurred in this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of June, 2014 at Menlo Park, California.

By: /s/ Patrick E. Gibbs
Patrick E. Gibbs
Attorneys for Defendants CREDIT SUISSE INTERNATIONAL AND CREDIT SUISSE SECURITIES (USA) LLC