Thomas L. Laughlin IV
Deborah Clark-Weintraub
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY  10174
Tel:  (212) 223-6444
Fax: (212) 223-6334
Email: tlaughlin@scott-scott.com
          dweintraub@scott-scott.com

*Counsel for Lead Plaintiffs*
[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WILLARD A. SHARRETTE, DAVID GOLDMAN, and ESTA GOLDMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE INTERNATIONAL, a foreign company; CREDIT SUISSE SECURITIES (USA) LLC, a Delaware limited liability company; and DOES 1-100,<br><br>Defendants. | Case No. 4:13-cv-02783-SBA<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE NUNC PRO TUNC AN OVERSIZED BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**<br><br>Hon. Saundra Brown Armstrong |

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR
ADMINISTRATIVE RELIEF TO FILE *NUNC PRO TUNC* AN OVERSIZED BRIEF IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT
4:13-cv-02783-SBA

Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiffs hereby submit this Stipulation and [Proposed] Order Regarding Their Motion for Administrative Relief to File *Nunc Pro Tunc* an Oversized Brief in Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint.

WHEREAS, on April 4, 2014, Defendants filed a Motion to Dismiss the Consolidated Amended Complaint (ECF No. 53);

WHEREAS, on June 10, 2014, Plaintiffs filed an Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint (ECF No. 58), which Opposition is four pages in excess of the page limit specified by this Court's Standing Orders;

WHEREAS, Plaintiffs notified Defendants of their intent to file a Motion for Administrative Relief to File *Nunc Pro Tunc* an Oversized Brief in Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint; and

WHEREAS, Defendants do not oppose Plaintiffs' Motion for Administrative Relief to File *Nunc Pro Tunc* an Oversized Brief in Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint, as long as Defendants also receive an additional four pages for their reply brief;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by all parties through their respective counsel of record, that:

1. Plaintiffs shall be granted the right to file *nunc pro tunc* an oversized brief in opposition to Defendant's Motion to Dismiss the Consolidated Amended Complaint, which brief will be nineteen (19) pages in length; and

2. Defendants shall be granted the right to file a reply brief that shall not exceed fourteen (14) pages in length, a four-page increase commensurate with the additional pages granted to Plaintiffs.

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE *NUNC PRO TUNC* AN OVERSIZED BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT
4:13-cv-02783-SBA

STIPULATED AND AGREED TO:

DATED: June 19, 2014　　　　　　　　　　SCOTT+SCOTT, Attorneys at Law, LLP

By: */s/ Thomas L. Laughlin IV*
Thomas L. Laughlin IV
Deborah-Clark Weintraub
SCOTT+SCOTT, Attorneys at Law, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Tel: (212) 223-6444
Fax: (212) 223-6334
Email: dweintraub@scott-scott.com
　　　　tlaughlin@scott-scott.com

Stephen J. Teti
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432
Email: steti@scott-scott.com

Hal Cunningham
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, California 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
　　　　Email: hcunningham@scott-scott.com

LEWIS & ROBERTS, PLLC
Gary V. Mauney
James A. Robert III
One Southpark Center
6060 Piedmont Row Drive South, Suite 140
Charlotte, NC 28287
Tel: (704) 347-8990
Fax: (704) 347-8929
garymauney@lewis-roberts.com
JimRoberts@lewis-roberts.com

*Counsel for Lead Plaintiffs*

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR
ADMINISTRATIVE RELIEF TO FILE *NUNC PRO TUNC* AN OVERSIZED BRIEF IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　4:13-cv-02783-SBA

| | |
|---|---|
| DATE: June 19, 2014 | LATHAM & WATKINS LLP |
| | By: */s/ Allison S. Davison* |
| | Allison S. Davidson (267964) |
| | Patrick E. Gibbs (183174) |
| | 140 Scott Drive |
| | Menlo Park, California 94025 |
| | Tel: (650) 470-4600 |
| | Fax: (415) 534-3200 |
| | patrick.gibbs@lw.com |
| | allison.davidson@lw.com |
| | *Counsel for Credit Suisse International and Credit Suisse Securities (USA) LLC* |

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED

DATED:_____6/25/2014_____     _____[signature: Saundra B. Armstrong]_____
                                                HON. SAUNDRA BROWN ARMOSTRONG
                                                UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE *NUNC PRO TUNC* AN OVERSIZED BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT
4:13-cv-02783-SBA

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of June, 2014 at New York, New York.

>   */s/ Thomas L. Laughlin*
>   Thomas L. Laughlin
>   SCOTT+SCOTT, Attorneys at Law, LLP
>   The Chrysler Building
>   405 Lexington Avenue, 40th Floor
>   New York, NY  10174
>   Tel:  (212) 223-6444
>   Fax:   (212) 223-6334
>   tlaughlin@scott-scott.com

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE *NUNC PRO TUNC* AN OVERSIZED BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT
4:13-cv-02783-SBA