Thomas L. Laughlin IV
Deborah-Clark Weintraub
SCOTT+SCOTT, Attorneys at Law, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY  10174
Tel:  (212) 223-6444
Fax:   (212) 223-6334
Email: tlaughlin@scott-scott.com
        dweintraub@scott-scott.com

*Counsel for Lead Plaintiffs*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WILLARD A. SHARRETTE, DAVID GOLDMAN, and ESTA GOLDMAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CREDIT SUISSE INTERNATIONAL, a foreign company, CREDIT SUISSE SECURITIES (USA) LLC, a Delaware limited liability company, and DOES 1-100, <br><br> Defendants. | Case No. 4:13-cv-02783-SBA <br><br> **STIPULATION, DECLARATION, AND ORDER TO CONTINUE ORAL ARGUMENT AND CASE MANAGEMENT CONFERENCE** <br><br> Date: July 24, 2014 <br> Time: 3:00 p.m. <br> Judge: Hon. Saundra Brown Armstrong <br> Courtroom: 1, 4th Floor |

STIPULATION, DECLARATION, AND [PROPOSED] ORDER TO CONTINUE ORAL ARGUMENT
AND CASE MANAGEMENT CONFERENCE

4:13-cv-02783-SBA

1    WHEREAS, pursuant to stipulation of the parties and the Court's Order on December 24,

2  2013 (ECF No. 46), the initial case management conference was continued to July 24, 2014 at

3  3:00 pm;

4    WHEREAS, on February 3, 2014, Lead Plaintiffs filed a Consolidated Amended

5  Complaint (ECF No. 48);

6    WHEREAS, Defendants Credit Suisse International and Credit Suisse Securities (USA)

7  LLC ("Defendants") filed a Motion to Dismiss the Consolidated Amended Complaint ("Motion

8  to Dismiss") on April 4, 2014 (ECF No. 53), and the hearing for the Motion to Dismiss is set for

9  September 9, 2014 (ECF No. 62);

10    WHEREAS, as detailed in the accompanying Declaration of Thomas Laughlin, counsel

11  for Lead Plaintiffs, a conflict has arisen with respect to the September 9, 2014 hearing date for

12  the Motion to Dismiss in that the Ninth Circuit has scheduled oral argument in another case for

13  that date; and

14    WHEREAS, the parties agree that the interests of judicial economy and efficiency would

15  best be served by postponing the case management conference until after the hearing on the

16  Motion to Dismiss;

17    THEREFORE, IT IS HEREBY STIPULATED AND AGREED by all parties through

18  their respective counsel of record, that:

19    1. The oral argument in this matter currently scheduled for September 9, 2014 be

20        continued to September 16, 2014, at 1:00 p.m., or another date that is convenient

21        for the Court.

22    2. The case management conference in this matter currently scheduled for July 24,

23        2014 be continued to September 24, 2014, at 3:00 pm, or another date that is

24        convenient for the Court and which post-dates oral argument.

25    3. All other deadlines set forth in the Court's Order Setting Initial Case Management

26        Conference and ADR Deadlines be continued accordingly.

27

28

STIPULATION, DECLARATION, AND [PROPOSED] ORDER TO CONTINUE ORAL ARGUMENT     1
AND CASE MANAGEMENT CONFERENCE

4:13-cv-02783-SBA

1        IT IS SO STIPULATED.

2

3                                                    Respectfully submitted,

4    DATED: July 9, 2014                             SCOTT+SCOTT, Attorneys at Law, LLP

5                                                    By: /s/ Thomas L. Laughlin IV
                                                     Thomas L. Laughlin IV
6                                                    Deborah-Clark Weintraub
                                                     SCOTT+SCOTT, Attorneys at Law, LLP
7                                                    The Chrysler Building
                                                     405 Lexington Avenue, 40th Floor
8                                                    New York, NY  10174
                                                     Tel:  (212) 223-6444
9                                                    Fax:   (212) 223-6334
                                                     Email:  dweintraub@scott-scott.com
10                                                          tlaughlin@scott-scott.com

11
                                                     Gary V. Mauney
12                                                   James A. Robert III
                                                     LEWIS & ROBERTS, PLLC
13                                                   One Southpark Center
                                                     6060 Piedmont Row Drive South, Suite 140
14                                                   Charlotte, NC 28287
                                                     Tel: (704) 347-8990
15                                                   Fax: (704) 347-8929
                                                     Email: garymauney@lewis-roberts.com
16                                                          JimRoberts@lewis-roberts.com

17

18                                                   *Counsel for Lead Plaintiffs*

19   DATE: July 9, 2014                              LATHAM & WATKINS LLP

20
                                                     By: /s/ Allison S. Davidson
21                                                   Allison S. Davidson (267964)
                                                     Patrick E. Gibbs (183174)
22                                                   140 Scott Drive
                                                     Menlo Park, California 94025
23                                                   Tel: (650) 470-4600
                                                     Fax: (415) 534-3200
24                                                   Email: patrick.gibbs@lw.com
                                                           allison.davidson@lw.com
25

26                                                   *Counsel for Credit Suisse International and Credit
                                                     Suisse Securities (USA) LLC*
27

28

STIPULATION, DECLARATION, AND [PROPOSED] ORDER TO CONTINUE ORAL ARGUMENT       2
AND CASE MANAGEMENT CONFERENCE
                                                                        4:13-cv-02783-SBA

1    Pursuant to Local Rule 6-2, this Stipulation is supported by the following Declaration of

2  Thomas Laughlin.

3                    **DECLARATION OF THOMAS LAUGHLIN**

4  I, Thomas Laughlin, declare:

5    1.    I am an attorney at Scott+Scott, Attorneys at Law, LLP, counsel for Plaintiffs in

6  this action.  I have the principal responsibility for arguing on behalf of Lead Plaintiffs at oral

7  argument regarding Defendants' Motion to Dismiss.  I make this Declaration in support of the

8  parties' stipulation to continue the oral argument and case management conference scheduled in

9  this action.

10    2.    The parties have stipulated to these continuances at my request.

11    3.    Oral argument in this matter is presently scheduled for September 9, 2014.

12    4.    On July 3, 2014, the United States Court of Appeals for the Ninth Circuit

13  scheduled oral argument on September 9, 2014 in *Saginaw Police & Fire Pension v. Andreessen*,

14  No. 12-16473.  I am the attorney arguing that appeal.  I cannot ask the Ninth Circuit to

15  reschedule that hearing date as I have already done so once, when the oral argument was initially

16  scheduled during a trial pending in the United States District Court for the District of Maine, in

17  *Bankers' Bank Northeast v. Berry Dunn McNeil & Parker*, No. 12-cv-127.

18    I declare, under penalty of perjury, that the foregoing is true and correct.  Executed on

19  July 9, 2014 at New York, New York.

20                                */s/ Thomas L. Laughlin, IV*
                                   Thomas L. Laughlin, IV

21

22    PURSUANT TO THIS STIPULATION IT IS SO ORDERED.

23  DATED:_____7/10/2014_____    _____

24                                   HON. SAUNDRA BROWN ARMSTRONG

25                                   UNITED STATES DISTRICT JUDGE

26

27

28

STIPULATION, DECLARATION, AND [PROPOSED] ORDER TO CONTINUE ORAL ARGUMENT        3
AND CASE MANAGEMENT CONFERENCE

                                                        4:13-cv-02783-SBA

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of July, 2014 at New York, New York.

/s/ Thomas L. Laughlin  IV
Thomas L. Laughlin IV
SCOTT+SCOTT, Attorneys at Law, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY  10174
Tel:  (212) 223-6444
Fax:   (212) 223-6334
tlaughlin@scott-scott.com

STIPULATION, DECLARATION, AND [PROPOSED] ORDER TO CONTINUE ORAL ARGUMENT
AND CASE MANAGEMENT CONFERENCE

4

4:13-cv-02783-SBA